UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

WHITNEY JEAN LAROSE,
    Plaintiff,

-vs-                                             Case No. 1:17-CV-00167-GJQ-ESC
                                                   Hon. Gordon J. Quist
                                                   Magistrate Ellen S. Carmody

GENERAL INFORMATION SERVICES, INC.,
    Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Whitney Larose ("Plaintiff") and defendant General Information Services, Inc. ("GIS") have settled Plaintiff's claims against Defendant. The parties are finalizing a written settlement agreement and will submit an appropriate Stipulation for Dismissal for the Court's approval.

                                                                 Respectfully Submitted,

                                        By:    <u>s/ Erin Novak</u>
                                                     Erin Novak
                                                     Montgomery McCracken
                                                     Walker & Rhoads, LLP
                                                     Attorney for Defendant
                                                     123 South Broad Street
                                                     Avenue of the Arts
                                                     Philadelphia, PA 19109
                                                   PH:  (215) 772-7258
                                                   enovak@mmwr.com

Dated:  October 6, 2017

## Certificate of Service

I hereby certify that on October 6, 2017, I electronically filed the foregoing paper with the Clerk of the Court and served this document on all parties entitled to notice via the CM/ECF system.

Respectfully Submitted,

By: s/ Erin Novak
Erin Novak
Montgomery McCracken
Walker & Rhoads, LLP
Attorney for Defendant
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
PH:  (215) 772-7258
enovak@mmwr.com

Dated:  October 6, 2017