UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION

WHITNEY JEAN LAROSE,

    Plaintiff,

-vs-

GENERAL INFORMATION SERVICES, INC.,

    Defendant.

Case No. 1:17-CV-00167-GJQ-ESC
Hon. Gordon J. Quist

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against Defendant, General Information Services, Inc., are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

Dated:  November 14, 2017

    /s/ Gordon J. Quist
Honorable Gordon J. Quist

Stipulated To By:

| | |
|---|---|
| s/ Priya Bali | s/ Erin Novak (with permission) |
| Priya Bali (P78337) | Erin Novak |
| LYNGKLIP & ASSOCIATES CONSUMER LAW CENTER, PLC | Montgomery McCracken Walker & Rhoads, LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 24500 Northwestern Hwy., Ste. 206 | 123 South Broad Street |
| Southfield, MI 48075 | Avenue of the Arts |
| PH: (248) 208-8864 | Philadelphia, PA 19109 |
| Priya@MichiganConsumerLaw.Com | PH: (215) 772-7258 |
| | enovak@mmwr.com |

Dated:   November 13, 2017